UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DOCKET NO. 5:93-CR-00057-1F

UNITED STATES OF AMERICA, )
)
           Plaintiff, )
)
   v. )   ORDER OF ABATEMENT
)
JESSE G. WILKINS, )
)
           Defendant. )

It now appearing to the court that the said Jesse G. Wilkins died on or about April 7, 2002. At which time a remaining liability existed in the amount of $20,340.00.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the 7th day of March, 2013.

_James C. Fox_
James C. Fox
United States District Court Judge